[No. 69306-9-I.   Division One.   April 21, 2014.]

DAMON TULIP, *Appellant*, v. SERVICE CORPORATION
INTERNATIONAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-39294-5, Laura C. Inveen, J., entered
August 14, 2012. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Spearman, C.J., and Appel-
wick, J.

[No. 69357-3-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ARON CLARK
HOVANDER, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 11-1-01216-9, Steven J. Mura, J., entered
September 20, 2012. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 69402-2-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WILLIE
RACHELS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-06511-8, Palmer Robinson, J., entered
September 12, 2012. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Becker and Dwyer, JJ.

[No. 69508-8-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JON A. DELDUCA,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-02184-6, Lori Kay Smith, J., entered
October 19, 2012. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Dwyer and Lau, JJ.